**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3288-19

GLENNY DIAZ,

    Plaintiff-Respondent,

v.

THURAI KUGAN and
BRENNA P. KUGAN,

    Defendants-Appellants.

_____

Argued September 28, 2021 – Decided November 9, 2021

Before Judges Messano and Enright.

On appeal from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. L-6953-17.

Thomas W. Matthews argued the cause for appellants (Soriano, Henkel, Biehl & Matthews, attorneys; Thomas W. Matthews, of counsel and on the briefs).

John R. Gorman argued the cause for respondents (Lutz, Shafranski, Gorman & Mahoney, PA, attorneys; John R. Gorman, of counsel and on the brief; Randi S. Greenberg, on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3288-19